AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>PRESTON MONTGOMERY<br><br>_Defendant(s)_ | )<br>)<br>)  Case No. 4:20 MJ 6309 PLC<br>)<br>)  **SIGNED AND SUBMITTED TO THE COURT FOR**<br>)  **FILING BY RELIABLE ELECTRONIC MEANS.**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 3, 2020  in the county of  St. Louis City  in the
Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g) | Felon in Possession of a firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under penalty of perjury the forgoing is true and correct.

_Complainant's signature_

Larry Stoddard, Special Agent ATF
_Printed name and title_

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to the Federal Rules of Criminal Procedure 4.1 and 41

Date:  12/04/2020

_Patricia L. Cohen_
_Judge's signature_

City and state:  St. Louis, Missouri       Honorable Patricia L. Cohen, U.S. Magistrate Judge
_Printed name and title_

_AUSA WALKER_